CSD 1161 [05/15/03]
Name, Address, Telephone No. & I.D. No.

**RUBEN F. ARIZMENDI**
**110 WEST C STREET, SUITE 707**
**SAN DIEGO, CA 92101**
619-231-0460
SBN: 151182

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
**JESSIE M. ARIZMENDI**

BANKRUPTCY NO. **09-19263**

Debtor.

ONEWEST BANK FSB,

Moving Party

RS NO. **CNR-1**

JESSIE M. ARIZMENDI, DEBTOR; AND THOMAS H. BILLINGSLEA, CHAPTER 13 TRUSTEE,

Hearing Date: 04/20/2010
Hearing Time: 2:00 P.M.

Respondent(s)

## OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY
☒  REAL PROPERTY    ☐  PERSONAL PROPERTY

Respondent in the above-captioned matter moves this Court for an Order denying relief from the automatic stay on the grounds set forth below.

1. A Petition under Chapter ☐ 7  ☐ 11  ☐ 12  ☒ 13  was filed on **12/16/09**.

2. Procedural Status:
   a. ☒ Name of Trustee Appointed *(if any)*: **THOMAS H. BILLINGSLEA**
   b. ☐ Name of Attorney of Record for Trustee *(if any)*:
   c. ☐ *Prior Filing Information:
      Debtor has previously filed a Bankruptcy Petition on: ____.
      If applicable, the prior case was dismissed on: __.
   d. ☒ *(If Chapter 13 case)*: Chapter 13 Plan was confirmed on **03/27/2010** or a confirmation hearing is set for ____.

3. *Number of unsecured creditors **7**. Amount of unsecured debt $ **127,994.12**.

4. *Last operating report filed: __

5. *Disclosure statement: Filed? (yes/no) **NO**. Approved? (yes/no) ____.
   If yes, date of plan confirmation hearing: .

_____

*Only required if respondent is the debtor.
CSD 1161
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

Respondent alleges the following in opposition to the Motion:

1. ☒ The following real property is the subject of this Motion:
   a. Street address of the property including county and state: **2234 MOROSE STREET, LEMON GROVE, CA 91945**
   b. Type of real property (e.g., single family residence, apartment building, commercial, industrial, condominium, unimproved): **SINGLE FAMILY RESIDENCE**
   c. Legal description of property is attached as Exhibit A.
   d. **Fair market value of property: $ **289,500**.
   e. **Nature of Respondent's interest in the property: **50% FEE SIMPLE**

2. ☐ The following personal property is the subject of this Motion *(describe property)*:
   a. **Fair market value of property: $____.
   b. **Nature of Respondent's interest in the property:

3. Status of Movant's loan:
   a. Balance owing on date of Order for Relief: $_____
   b. Amount of monthly payment: $ 1395.00
   c. Date of last payment: 04/01/10
   d. If real property,
      (1) Date of default: 02/01/09
      (2) Notice of Default recorded on: 06/22/09
      (3) Notice of Sale published on: 09/25/09
      (4) Foreclosure sale currently scheduled for: _____
   e. If personal property,
      (1) Pre-petition default: $_____ No. of months: ____
      (2) Post-petition default: $_____ No. of months: ____

4. *(If Chapter 13 Case, state the following:)*
   a. Date of post-petition default: N/A
   b. Amount of post-petition default: $ NONE

5. Encumbrances:
   a. Voluntary encumbrances on the property:

| Lender Name | Principal Balance | Pre-Petition Arrearages Total Amount - # of Months | | Post-Petition Arrearages Total Amount - # of Months | |
|---|---|---|---|---|---|
| 1st: MOVANT | 360,000 | | | 0 | 0 |
| 2nd: | | | | | |
| 3rd: | | | | | |
| 4th: | | | | | |
| Totals for all Liens: | $ | $ | | $ | |

** Separately filed Declaration required by Local Bankruptcy Rule 4001-4.

CSD 1161 (page 3) [05/15/03]

    b.      Involuntary encumbrances of record (e.g., tax, mechanic's, judgment and other liens, lis pendens):
☐ See attached page, if necessary.

6. Relief from the automatic stay should not be granted because:
    a. ☒ Movant's interest in the property described above is adequately protected.

    b. ☐ Debtor has equity in the property described above and such property is necessary to an effective reorganization.

    c. ☐ The property is not "single asset real estate", as defined in 11 U.S.C. § 101(51B).

    d. ☒ The property is "single asset real estate", as defined in 11 U.S.C. § 101(51B), and less than 90 days (or __ days ordered by this court) have passed since entry of the order for relief in this case, or

        (1) the Debtor/Trustee has filed a plan of reorganization that has a reasonable possibility of being confirmed within a reasonable time; or

        (2) the Debtor/Trustee has commenced monthly payments to each creditor whose claim is secured by the property (other than a claim secured by a judgment lien or by an unmatured statutory lien) which payments are equal to interest at a current fair market rate on the value of each creditors' interest in the property.

    e. ☒ Other *(specify)*: ☒ See attached declaration.

When required, Respondent has filed a separate Declaration pursuant to Local Bankruptcy Rules 4001-4.

Respondent attaches the following:

1. ☐ Other relevant evidence:

2. ☒ *(Optional)* Memorandum of points and authorities upon which the responding party will rely.

WHEREFORE, Respondent prays that this Court issue an Order denying relief from the automatic stay.

Dated: **April 12, 2010**

                              **/s/ RUBEN F. ARIZMENDI**
                              [Attorney for] Respondent

CSD 1161

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com      Best Case Bankruptcy