CSD 1161 [05/15/03]
Name, Address, Telephone No. & I.D. No.

**RUBEN F. ARIZMENDI**
**110 WEST C STREET, SUITE 707**
**SAN DIEGO, CA 92101**
**619-231-0460**
**SBN: 151182**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
**JESSIE M. ARIZMENDI**

BANKRUPTCY NO. **09-19263**

Debtor.

ONEWEST BANK FSB,

RS NO. **CNR-1**

Moving Party

JESSIE M. ARIZMENDI, DEBTOR; AND THOMAS H. BILLINGSLEA, CHAPTER 13 TRUSTEE,

Hearing Date: **04/20/2010**
Hearing Time: **2:00 P.M.**

Respondent(s)

## OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY
☒ REAL PROPERTY      ☐ PERSONAL PROPERTY

Respondent in the above-captioned matter moves this Court for an Order denying relief from the automatic stay on the grounds set forth below.

1. A Petition under Chapter ☐ 7  ☐ 11  ☐ 12  ☒ 13  was filed on  **12/16/09**  .

2. Procedural Status:
   a. ☒ Name of Trustee Appointed *(if any)*: **THOMAS H. BILLINGSLEA**
   b. ☐ Name of Attorney of Record for Trustee *(if any)*:
   c. ☐ *Prior Filing Information:
      Debtor has previously filed a Bankruptcy Petition on: ____.
      If applicable, the prior case was dismissed on: __.
   d. ☒ *(If Chapter 13 case)*: Chapter 13 Plan was confirmed on  **03/27/2010**  or a confirmation hearing is set for ___.

3. *Number of unsecured creditors **7**. Amount of unsecured debt $ **127,994.12** .

4. *Last operating report filed: __

5. *Disclosure statement: Filed? (yes/no) **NO**  . Approved? (yes/no) ____.
   If yes, date of plan confirmation hearing: .

_____
*Only required if respondent is the debtor.
CSD 1161

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com     Best Case Bankruptcy

CSD 1161 (page 2) [05/15/03]

Respondent alleges the following in opposition to the Motion:

1. ☒ The following real property is the subject of this Motion:
   a. Street address of the property including county and state: **2234 MOROSE STREET, LEMON GROVE, CA 91945**
   b. Type of real property (e.g., single family residence, apartment building, commercial, industrial, condominium, unimproved): **SINGLE FAMILY RESIDENCE**
   c. Legal description of property is attached as Exhibit A.
   d. **Fair market value of property: $ **289,500**.
   e. **Nature of Respondent's interest in the property: **50% FEE SIMPLE**

2. ☐ The following personal property is the subject of this Motion (describe property):
   a. **Fair market value of property: $____.
   b. **Nature of Respondent's interest in the property:

3. Status of Movant's loan:
   a. Balance owing on date of Order for Relief: $ ____
   b. Amount of monthly payment: $ 1395.00
   c. Date of last payment: 04/01/10
   d. If real property,
      (1) Date of default: 02/01/09
      (2) Notice of Default recorded on: 06/22/09
      (3) Notice of Sale published on: 09/25/09
      (4) Foreclosure sale currently scheduled for: ____
   e. If personal property,
      (1) Pre-petition default: $ ____   No. of months: ____
      (2) Post-petition default: $ ____   No. of months: ____

4. (If Chapter 13 Case, state the following:)
   a. Date of post-petition default: N/A
   b. Amount of post-petition default: $ NONE

5. Encumbrances:
   a. Voluntary encumbrances on the property:

| | Lender Name | Principal Balance | Pre-Petition Arrearages Total Amount - # of Months | | Post-Petition Arrearages Total Amount - # of Months | |
|---|---|---|---|---|---|---|
| 1st: | MOVANT | 360,000 | | | 0 | 0 |
| 2nd: | | | | | | |
| 3rd: | | | | | | |
| 4th: | | | | | | |
| Totals for all Liens: | | $ | $ | | $ | |

** Separately filed Declaration required by Local Bankruptcy Rule 4001-4.

CSD 1161

    b.    Involuntary encumbrances of record (e.g., tax, mechanic's, judgment and other liens, lis pendens):
        ☐ See attached page, if necessary.

6.    Relief from the automatic stay should not be granted because:
    a.  ☒  Movant's interest in the property described above is adequately protected.

    b.  ☐  Debtor has equity in the property described above and such property is necessary to an effective reorganization.

    c.  ☐  The property is not "single asset real estate", as defined in 11 U.S.C. § 101(51B).

    d.  ☒  The property is "single asset real estate", as defined in 11 U.S.C. § 101(51B), and less than 90 days (or __ days ordered by this court) have passed since entry of the order for relief in this case, or

        (1)  the Debtor/Trustee has filed a plan of reorganization that has a reasonable possibility of being confirmed within a reasonable time; or

        (2)  the Debtor/Trustee has commenced monthly payments to each creditor whose claim is secured by the property (other than a claim secured by a judgment lien or by an unmatured statutory lien) which payments are equal to interest at a current fair market rate on the value of each creditors' interest in the property.

    e.  ☒  Other *(specify):* ☒  See attached declaration.

When required, Respondent has filed a separate Declaration pursuant to Local Bankruptcy Rules 4001-4.

Respondent attaches the following:

1.  ☐  Other relevant evidence:

2.  ☒  *(Optional)* Memorandum of points and authorities upon which the responding party will rely.

WHEREFORE, Respondent prays that this Court issue an Order denying relief from the automatic stay.

Dated: **April 12, 2010**

                        /s/ RUBEN F. ARIZMENDI
                        [Attorney for] Respondent