Ruben F. Arizmendi, Esq.
ARIZMENDI LAW FIRM
SBN 151182
110 West C Street, Suite 707
San Diego, CA  92101
Tel: (619) 231-0460
Fax: (619) 231-1899

Attorney for Debtor/Respondent

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | CASE NO:  09-19263-PB13 |
| JESSIE ARIZMENDI, | Chapter 13 |
| Debtor. | RS No.: CNR-2 |
| ONEWEST BANK, FSB, | **NOTICE OF PONTENTIAL CALENDAR CONFLICT** |
| Moving Party. | Date:   01/12/2011<br>Time:   2:00 pm<br>Dept.:   1 |
| Vs. | |
| JESSIE M. ARIZMENDI, DEBTOR; AND THOMAS H. BILLINGSLEA, CHAPTER 13 TRUSTEE, | |
| Respondents. | |

NOTICE IS HEREBY GIVEN THAT the Debtor's attorney may have a potential calendar conflict on January 12, 2011, as he is also scheduled to appear at a Confirmation Hearing on the same day, at 3:00 p.m. in department 4 of the United States Bankruptcy Court.

Dated: January 10, 2011            /s/ Ruben F. Arizmendi_____
                                                    Ruben F. Arizmendi, Esq.
                                                    Attorney for Debtor/Respondent

- 1