# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | JESSIE M. ARIZMENDI |
| **Case Number:** | 09-19263-PB13    **Chapter:** 13 |
| **Date / Time / Room:** | FRIDAY, JULY 29, 2011 10:00 AM   DEPARTMENT 3 |
| **Bankruptcy Judge:** | LAURA S. TAYLOR |
| **Courtroom Clerk:** | SHAWNA DAHL |
| **Reporter / ECR:** | COLLETTA BROOKS |

### Matter:

ORDER TO SHOW CAUSE RE:  MISREPRESENTATION

### Appearances:

ROBERT R. BARNES, ATTORNEY FOR ONEWEST BANK FSB

### Disposition:

Compensatory sanctions not awarded at this time.  Coersive sanctions based on future acts as discussed on the record and in order to follow from Court.